# United States District Court
## Violation Notice

**CVB Location Code:** M4B

**Violation Number:** F0HW000O
**Officer Name:** Forman
**Officer No.:** 2616

F0HW000O

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 08/23/2025 23:00
**Offense Charged:** FED 36CFR261.58CC

**Place of Offense:** ROSEVELT DRIVE, MM6

**Offense Description: Factual Basis for Charge:** POSSESING PALET FOR CAMPFIRE

HAZMAT ☐

### DEFENDANT INFORMATION

**Phone:**

**Last Name:** EHMAN
**First Name:** TANNER
**M.I.:** P

**Street Address:**

**City:**
**State:**
**Zip Code:**
**Date of Birth (mm/dd/yyyy):**

**Drivers License No.:**
**CDL:** ☐
**D.L. State:**
**Social Security No.:**

Adult ☐   Juvenile ☐   Sex ☐ M ☐ F
Race   Hair   Eyes   Height   Weight

### VEHICLE

**VIN:**
**CMV:** ☐

**Tag No.:**
**State:**
**Year:**
**Make/Model:** /
**PASS** ☐
**Color:**

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B [X] IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

$ 150.00   Forfeiture Amount
$ 30.00    Processing Fee

**PAY THIS AMOUNT**   $ 180.00   Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 400 NORTH MAIN STRRET, BUTTE, Montana 59701

**Date (mm/dd/yyyy):** 09/04/2025
**Time (hh:mm):** 09:00

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt.I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

F0HW000O

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on     08/23/2025     while exercising my duties as a law enforcement officer in the            District of     MT

Pursuant to 16USC 551: I, Scott Forman, state that on August 23, 2025, at 2315 hours, while performing my duties as a law enforcement officer in the District of Montana, I issued Violation notice F0HW000O to TANNER P. EHMAN.

While conducting surveillance in a high-risk abandoned campfire area near Roosevelt Drive, mile marker 6, Officer Sherman and I stopped at a dispersed campsite. Upon arrival, we observed approximately 30 individuals gathered around a campfire burning wood pallets. Officer Sherman later determined that the majority of the group was under the age of eighteen. I activated my vehicle's emergency lights, and both Officer Sherman and I made contact with the group. We identified the individual who had supplied the wood pallets for the campfire as TANNER P. EHMAN, verified by his Montana driver's license. We instructed the group to clean up the area, including removing trash and remaining wood pallets. I informed EHMAN that it is prohibited to possess or store any material containing nails, screws, or other metal hardware—including wood pallets and construction debris—that could be used as firewood, per 36 CFR 261.58(cc). EHMAN stated he was unaware that burning pallets on Forest Service land was prohibited but expressed understanding of the regulation. At 2345 hours, I contacted Jefferson County Dispatch and Forest Service Dillon Dispatch to request fire resources to extinguish the campfire. Tierra Verde Fire Engine arrived on scene at 0020 hours on August 24, 2025, and successfully extinguished the fire. I cleared the scene at 0100 hours.

Violation Notice Issued Violation of Possessing or storing any material containing nails, screws, or other metal hardware, including wood pallets and construction debris, that could be used as firewood. (36 CFR 261.58(cc))

My conversation with EHMAN was recorded and is stored on evidence.com

The foregoing statement is based upon:

     MY PERSONAL OBSERVATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:     08/23/2025        *[signature]*
              Date (mm/dd/yyyy)      Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:                         
              Date (mm/dd/yyyy)      U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;     PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license;     CMV = Commercial vehicle involved in incident